STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9618          AND FILED ON          10/29/2007

SELIM ZHERKA                                                                 Plaintiff(s)/Petitioner(s)
                                    Vs.
PHILLIP AMICONE, ET AL                                                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/13/2007 at 4:05PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILLIP AMICONE, MAYOR OF CITY OF YONKERS                     (herein called recipient) therein named.
At Location: CITY HALL
             40 SOUTH BROADWAY
             YONKERS NY

By delivering to and leaving with MARYANN BOCCONE, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 11/14/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BROWN
Age: 45/55    Height: 5'5"    Weight: 235
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/14/2007

_____                    _____
Notary                                              John Axelrod
                                                    Server's License#:

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9618   AND FILED ON   10/29/2007

SELIM ZHERKA                                                                     Plaintiff(s)/Petitioner(s)

                            Vs.

PHILLIP AMICONE, ET AL                                                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                 SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/13/2007 at 4:05PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, INDIVIDUALLY                              (herein called recipient)
At Location: CITY HALL/ CITY OF YONKERS                                 therein named.
             40 SOUTH BROADWAY
             YONKERS NY

By delivering to and leaving with MARYANN BOCCONE, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 11/14/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  WH    Color of Hair   BROWN
Age  45/55  Height  5'5"  Weight  235
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/14/2007

_____                   _____
                                                 John Axelrod
Notary
                                                 Server's License#:

2018