# Thacher Proffitt

Thacher Proffitt & Wood LLP
50 Main Street
White Plains, NY  10606
914.421.4100

Fax: 914.421.4150
www.tpw.com

Direct Dial: 914.421.4155
kplunkett@tpw.com

Admitted in NY, FL

December 4, 2007

**VIA FACSIMILE 390-4085**

Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas St., Room 275
White Plains, New York  10601

       *Re:*    Selim Zherka v. Phillip Amicone, et al.
             ECF Case No. 07 Civ. 9618 (CLB)

Dear Judge Brieant:

    This firm represents Defendant in the above-referenced action.

    Defendant requests that the Court extend Defendant's time to answer or file a motion to dismiss the above matter until Friday, December 7, 2007.  Plaintiff's counsel has consented to this request.

               Respectfully submitted,

               Kevin J. Plunkett

KJP:dc
cc:    Jonathan Lovett, Esq. (*Via* Facsimile)
       Frank Rubino, Esq. (*Via* Facsimile)

New York, NY     Washington, DC     White Plains, NY     Summit, NJ     México City, México