UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELIM ZHERKA,

                Plaintiff,

    - against -

PHILIP AMICONE, individually, and PHILIP
AMICONE, in his capacity as Mayor of the City of
Yonkers, New York,

                Defendants.

No. 07 Civ. 9618 (CLB)

**DECLARATION OF
ROBERTA MAURER**

I, ROBERTA MAURER, hereby declare, pursuant to 28 U.S.C. § 1746:

1.    I am an Administrative Coordinator for <u>The Journal News</u>. I make this declaration in support of the motion to quash of Gannett Satellite Information Network, Inc.

2.    On February 5, 2008, I was working at the front reception desk of the Journal News offices in White Plains. At approximately 11:45 a.m., a man came into the building, approached the desk and asked my name, which I gave. He then dropped on the desk three subpoenas, copies of which are attached as Exhibit A hereto.

3.    The man who delivered the subpoenas did not inquire as to whether I was authorized to accept service of process, nor did I ever state to him that I was so authorized.

I declare under penalty of perjury that the foregoing is true and correct. I executed this declaration on February 15, 2008, in White Plains, New York.

*Roberta Maurer*
ROBERTA MAURER

-1-