**SATTERLEE STEPHENS BURKE & BURKE LLP**
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200
E-Mail: gcedwards@ssbb.com
Direct Dial: (212) 404-8732

METROPARK
33 WOOD AVENUE SOUTH
ISELIN, NJ 08830
(732) 603-4966

FAX (212) 818-9606, 9607
www.ssbb.com

February 19, 2008

The Honorable Charles L. Brieant
United States District Judge Chambers
United States Court House
300 Quarropas Street
White Plains, New York 10601

MEMO ENDORSED

Re: Zherka v. Amicone, No. 07 Civ. 9618 (CLB)

Dear Judge Brieant,

    We represent Gannett Satellite Information Services, Inc. ("Gannett"), nonparty witness in the above-referenced matter. This letter is to confirm my conversation of this morning with your courtroom deputy, Ms. Alice Cama. In response to my letter of Friday, February 15, requesting additional time for briefing on Gannett's motion to quash also filed on February 15, Ms. Cama directed that plaintiff's opposition to the motion be served and filed on March 3, and that Gannett's reply papers be served and filed on March 10, with the return date and hearing on the motion remaining as originally set on March 14. We appreciate the Court's accommodation.

Respectfully,

Glenn C. Edwards

GCE/fa
cc: Jonathan Lovett, Esq.
    Kevin Joseph Plunkett, Esq.

724001_1