UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELIM ZHERKA,<br><br>             Plaintiff,<br><br>-against-<br><br>PHILLIP AMICONE, individually, and PHILLIP AMICONE in his capacity as Mayor of the City of Yonkers, New York,<br><br>             Defendant. | ECF Case<br><br>07 Civ. 9618 |

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Kevin J. Plunkett

X     *Attorney*

    X     I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: <u>KP 3049</u>.

    ☐     I am a Pro Hac Vice attorney

    ☐     I am a Government Agency attorney

X     *Law Firm/Government Agency Association*

    From: <u>Thacher Proffitt & Wood LLP</u>.

    To:   <u>DelBello Donnellan Weingarten Wise & Wiederkehr, LLP</u>.

    X     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

X     *Address:* One North Lexington Avenue, White Plains, New York 10601

X     *Telephone Number:* (914) 681-0200

X     *Fax Number:* (914) 684-0288

X     *E-Mail Address:* kjp@ddw-law.com

Dated:  March 5, 2008                    Kerry Plunkett