AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SELIM ZHERKA,

-against-

PHILLIP AMICONE, individually, and PHILLIP AMICONE in his capacity as Mayor of the City of Yonkers, New York.

**APPEARANCE**

Case Number: 07 Civ. 9618 (CLB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> Defendant, PHILLIP AMICONE, individually, and PHILLIP AMICONE in his capacity as Mayor of the City of Yonkers, New York.

I certify that I am admitted to practice in this court.

March 7, 2008
Date

*Signature: M. S. Clifford*

Matthew S. Clifford | MC1134
Print Name | Bar Number

DelBello Donnellan -- One North Lexington Ave.
Address

White Plains, NY 10601
City    State    Zip Code

(914) 681-0200    (914) 684-0288
Phone Number    Fax Number