## SATTERLEE STEPHENS BURKE & BURKE LLP
### 230 PARK AVENUE
### NEW YORK, NY 10169-0079
### (212) 818-9200
E-Mail: mfowler@ssbb.com
Direct Dial: (212) 404-8787

METROPARK
33 WOOD AVENUE SOUTH
ISELIN, NJ 08830
(732) 603-4966

FAX (212) 818-9606, 9607
www.ssbb.com

March 7, 2008

The Honorable Charles L. Brieant
United States District Judge Chambers
United States Court House
300 Quarropas Street
White Plains, New York 10601

Re: Zherka v. Amicone, No. 07 Civ. 9618 (CLB)

Dear Judge Brieant,

We represent The Journal News, a division of Gannett Satellite Information Network, Inc., nonparty witness in the above-referenced matter. On February 15 we moved on behalf of our client to quash a subpoena issued by plaintiff Selim Zherka, which is currently scheduled for a hearing on Friday, March 14. I write to bring to your attention the fact that, on March 3, plaintiff filed a response conceding that service of the subpoena was improper. (A copy of the response is enclosed.) In light of plaintiff's concession, we assume that an appearance by the parties on March 14 is no longer required. If this assumption is incorrect, we would appreciate it if your chambers could let us know.

Respectfully,

Mark A. Fowler

MAF/fa
cc: Jonathan Lovett, Esq.
    Kevin Joseph Plunkett, Esq.

726438_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SELIM ZHERKA,

                    Plaintiff,

-against-

PHILIP AMICONE, *et ano*,

                    Defendant.

-----------------------------------------------------------x

### PLAINTIFF'S MEMORANDUM OF LAW IN RESPONSE TO MOTION TO QUASH SUBPOENAS BY GANNETT SATELLITE INFORMATION NETWORK, INC.

Preliminary Statement

This memorandum is submitted in response to Gannett Satellite Information Network, Inc.'s motion to quash various subpoenas as referenced in their moving papers.

POINT

### SINCE SERVICE OF THE SUBPOENAS WAS DEFECTIVE, THE MOTION TO QUASH IS MOOT

On the basis of the declaration of Roberta Maurer, movants urge (Memorandum at p. "2" and "3" that service of the at-issue subpoenas was ineffective. Since we are not in a position to challenge Maurer's representations of fact, we concede the point. As

such, we agree with movants' acknowledgement that "the Court need not reach the First Amendment issues implicated by the subpoenas" (Memorandum at "5".

### Conclusion

The motion to quash is academic and should be dismissed.

Dated: White Plains, N.Y.
       March 3, 2008

LOVETT & GOULD, LLP
BY: _____
Jonathan Lovett (4854)
222 Bloomingdale Road
White Plains, N.Y. 10605
914-428-8401