UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELIM ZHERKA,<br><br>                           Plaintiff,<br><br>    -against-<br><br>PHILLIP AMICONE, individually, and PHILLIP AMICONE in his capacity as Mayor of the City of Yonkers, New York,<br><br>                           Defendant. | ECF Case<br><br>07 Civ. 9618 (CLB)<br><br>**AMENDED**<br>**NOTICE OF MOTION** |

Defendant by his attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, will move this Court, pursuant to local Civil Rule 1.4, before the Honorable Charles L. Brieant, United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York on a date to be determined by the Court, for an Order substituting DelBello Donnellan Weingarten Wise & Wiederkehr, LLP as counsel for Defendant in the above-captioned action replacing the law firm of Thacher Proffitt & Wood LLP.

Dated: White Plains, New York
       March 21, 2008

                                                 DELBELLO DONNELLAN WEINGARTEN
                                                 WISE & WIEDERKEHR, LLP

                                                 By: _____
                                                 Kevin J. Plunkett
                                                 One North Lexington Avenue
                                                 White Plains, New York 10601
                                                 (914) 681-0200

TO:

*Attorneys for Plaintiff*

LOVETT & GOULD, LLP
Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELIM ZHERKA,<br><br>       Plaintiff,<br><br>-against-<br><br>PHILLIP AMICONE, individually, and PHILLIP AMICONE in his capacity as Mayor of the City of Yonkers, New York,<br><br>       Defendant. | ECF Case<br><br>07 Civ. 9618 (CLB)<br><br>**AMENDED AFFIDAVIT OF<br>KEVIN J. PLUNKETT** |

STATE OF NEW YORK    )
            ) ss.:
COUNTY OF WESTCHESTER )

  Kevin J. Plunkett, being duly sworn, deposes and says:

  1.  I am a partner in the firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601. I am admitted to practice before this Court. Pursuant to Local Civil Rule 1.4, I submit this affidavit in support of an application for Defendant an order substituting DelBello Donnellan Weingarten Wise & Wiederkehr, LLP as counsel for in the above-captioned action, for Thacher Proffitt & Wood LLP, 50 Main Street, White Plains, New York 10606.

  2.  I recently moved my practice from Thacher Proffitt & Wood LLP to DelBello Donnellan Weingarten Wise & Wiederkehr, LLP.

  3.  This substitution is sought at the request of Defendant who has informed me that he wishes for me to continue working on this matter at my new firm.

                                                                        _____

                                                                             Kevin J. Plunkett

Sworn to before me this
21 day of March, 2008

_____
Notary Public

**KRISTEN A. KELLEY**
**Notary Public, State of New York**
No. 02KE6115705
Qualified in Westchester County
Commission Expires September 13, 2008

2