UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SELIM ZHERKA,

                Plaintiff,

-against-

PHILLIP AMICONE, individually, and PHILLIP AMICONE in his capacity as Mayor of the City of Yonkers, New York,

                Defendant.

---

ECF Case

07 Civ. 9618 (CLB)

**STIPULATION AND ORDER**

        **IT IS HEREBY STIPULATED AND AGREED** that DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601 hereby appears as counsel for Defendant in the above-captioned action, in substitution, place and stead of Thacher Proffitt & Wood LLP, 50 Main Street, White Plains, New York 10606.

Dated: White Plains, New York
          March 21, 2008

THACHER PROFFITT & WOOD LLP

By: _____
Jonathan D. Forstot
50 Main Street
White Plains, New York 10606
(914) 421-4100

DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP

By: _____
Kevin J. Plunkett
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200

So Ordered this 25
day of March, 2008

_____
Hon. Charles L. Brieant
United States District Judge

TO:

*Attorneys for Plaintiff*

LOVETT & GOULD, LLP
Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401