AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SELIM ZHERKA,

-against-

PHILLIP AMICONE, individually, and PHILLIP AMICONE in his capacity as Mayor of the City of Yonkers, New York,

**APPEARANCE**

Case Number: 07 Civ. 9618 (CLB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, PHILLIP AMICONE, individually, and PHILLIP AMICONE in his capacity as Mayor of the City of Yonkers, New York.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 3, 2008 | *[signature]* |
| Date | Signature |
| | Brian T. Belowich — BB6910 |
| | Print Name — Bar Number |
| | DelBello Donnellan -- One North Lexington Ave. |
| | Address |
| | White Plains, NY 10601 |
| | City   State   Zip Code |
| | (914) 681-0200   (914) 684-0288 |
| | Phone Number   Fax Number |