# LOVETT & GOULD, LLP
## ATTORNEYS AT LAW

| JONATHAN LOVETT | 222 BLOOMINGDALE ROAD | KIM PATRICIA BERG+ |
| JANE BILUS GOULD | WHITE PLAINS, N.Y. 10605 | DRITA NICAJ+ |

+also admitted in New Jersey

914-428-8401
FAX 914-428-8916

April 9, 2008

**Via Fax**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re: <u>Zherka v. Amicone</u>, 07 Civ. 9618 (CLB)

Dear Judge Brieant:

MEMO ENDORSED
Application Granted
Conference Scheduled
for 4-18-08 at 9:30 Am —
So Ordered
April 9, 2008
Charles L. Brieant
USDJ

    Several weeks ago I noticed the Defendant and several non-party witnesses for depositions. Just recently I received correspondence from Kevin Plunkett advising that since there presently is no scheduling order in this case, the depositions cannot proceed.

    Under the circumstances I am requesting that this matter be put on the Court's calendar for April 18, 2008, so that a scheduling order can be issued. In that connection I note that the Court already has several related cases on the calendar for that date.

Respectfully,

Jonathan Lovett

JL:clp
Cc: Kevin Plunkett, Esq., via fax