# LOVETT & GOULD, LLP
## ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+  
DRITA NICAJ+

914-428-8401  
FAX 914-428-8916

+also admitted in New Jersey

April 9, 2008

**BY FAX – 684-0288**

Kevin Plunkett, Esq.  
DelBello Donnellan Weingarten Wise & Wideerkehr, LLP  
One North Lexington Avenue  
White Plains, N.Y. 10601

**Re:** <u>Zherka v. Amicone,</u>  
07 Civ. 9618 (CLB)

Dear Mr. Plunkett:

We have been advised by Alice Camas of Judge Brieant's chambers that the above captioned matter has been put on the Court's calendar for April 18, 2008 at 9:30 a.m. so that a scheduling order can be issued.

Please mark your calendar accordingly.

Very truly yours,

LOVETT & GOULD, LLP

Ann Frank  
Legal Assistant